**12**

UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Francisco MARTINEZ–MALDO-
NADO, also known as Juan Jose Fer-
din, also known as Jose Francisco
Martinez, also known as Juan Mar-
tinez Ferdin, Defendant–Appellant.

No. 09–20751
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 6, 2010.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Houston, TX,
for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for
Defendant–Appellant.

Before JOLLY, GARZA, and
STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Jose Francisco Martinez–Maldonado (Mar-
tinez) has moved for leave to withdraw and
has filed a brief in accordance with *Anders
v. California,* 386 U.S. 738, 87 S.Ct. 1396,
18 L.Ed.2d 493 (1967). Martinez has filed
a response. Our independent review of
the record, counsel's brief, and Martinez's
response discloses no nonfrivolous issue
for appeal. Accordingly, counsel's motion
for leave to withdraw is GRANTED, coun-

---

* Pursuant to 5TH CIR R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

sel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.